UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD G. TATUM, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-12130-JLT |
| | * | |
| THELMA SULLIVAN, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

March 22, 2010

TAURO, J.

In an Order [#44] dated February 26, 2010, this court dismissed this action as to all Defendants for lack of subject matter jurisdiction. Accordingly, this court hereby orders that:

1. Defendant James M. Lewis' Motion to Dismiss [#46] is DENIED AS MOOT.

2. Defendant Cynthia L. Hanley's Motion for Extension of Time to March 26, 2010 to File a Responsive Pleading [#45] is DENIED AS MOOT.

3. Randall J. Tatum's Motion of Plaintiff Pro Se as Joiners of Class [#51] is DENIED.

4. Richard G. Tatum's Motion to Pursue His Ownership Interest in Subject Property [#56] is DENIED.

5. This case is CLOSED.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge